UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESIREE MARIE CONVERSE,<br><br>Defendant. | Case No. 4-16-cr-00285-BLW-1<br><br>**REPORT AND RECOMMENDATION** |

On June 28, 2017, Defendant DESIREE MARIE CONVERSE appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement (Dkt. 19). The Defendant executed a waiver of the right to have the presiding United States District Judge take her change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Indictment (Dkt. 1), the maximum penalties applicable, her Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that she entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States

**REPORT AND RECOMMENDATION - 1**

Probation Office.

Because the offense to which Defendant entered her guilty plea is an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt under Section 3143(a)(2), the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate. The government, while acknowledging application of the mandatory detention provision in Section 3143(a)(2), did not object to continuation of release and indicated unawareness of any violations of release conditions after its Motion for Detention was withdrawn on March 2, 2017, and she was released on a strict combination of conditions of release. (Dkt. 16.)

The Court's conditions of release included abstention from the use of alcohol and drugs, submission to random drug testing, participation in a program of inpatient or outpatient substance abuse therapy, location monitoring, and a curfew. (Dkt. 16.) Defendant has been compliant with all pretrial release conditions, and has exceeded the expectations of her pretrial services officer. She has participated fully in intensive counseling and treatment at the Road to Recovery, and her counselor attended the hearing in support of continued release and participation in treatment. Defendant also obtained employment promptly following release and has maintained that employment, including receiving one promotion. She also successfully obtained custody of her three young children ages 4, 5 and 7.

REPORT AND RECOMMENDATION - 2

Upon consideration of the totality of the circumstances presented in this case, including the stringent conditions of release and the disruption in the course of treatment of Defendant's substance abuse that would occur with detention pending imposition of sentencing, and upon finding Defendant is unlikely to flee or pose a danger to the community if release is continued, the Court finds exceptional reasons were shown such that Defendant's detention pending sentencing is not appropriate. Therefore, the undersigned will recommend release be continued.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant DESIREE MARIE CONVERSE's plea of guilty to Count 3 of the Indictment (Dkt. 1),

2) The District Court order forfeiture consistent with Defendant DESIREE MARIE CONVERSE's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 1) and the Plea Agreement (Dkt. 19).

3) The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Counts 1 and 2 of the Indictment (Dkt. 1) as to Defendant.

4) The District Court continue Defendant's release pending sentencing, subject to the standard and additional conditions of relase previously imposed in the Order Setting Conditions of Release. (Dkt. 16.)

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a

result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: June 29, 2017

_____
CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 4